UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:09-CR-84 |
| ) | Judge Jordan |
| DENNIS R. MARKLAND ) | |

## ORDER RELEASING PROTECTIVE ORDER AND VACATING THE FINAL ORDER OF FORFEITURE AS TO REAL PROPERTY AT 17 HONDAH BLVD., BREVARD, NORTH CAROLINA

Upon motion of the United States and for good cause shown, the Protective Order [Doc. 182] as to real property located at 17 Hondah Blvd., Brevard, North Carolina, entered in the above-referenced case on May 6, 2010, and recorded in the Register's Office for Transylvania County, North Carolina in in BK: DOC 539, PG: 170-172, on June 2, 2010, being more particularly described as follows:

> Real property known and numbered as **17 Hondah Blvd., Brevard, North Carolina**, located in Transylvania County, North Carolina, more particularly described as follows:
>
> All that lot or parcel of land, together with all buildings, improvements, fixtures, attachments and easements, and having a mailing address of 17 Hondah Blvd., Brevard, North Carolina, located in Transylvania County, North Carolina. Being all of Parcel 2, a .7401 acre parcel of property as shown on a plat recorded in Plat File 11, Slide 666, Transylvania County Registry.

is hereby RELEASED.

It is further ORDERED that the Final Order of Forfeiture, entered in the above-referenced case on July 18, 2011 [Doc. 635] and recorded in the Register's Office for Transylvania County, North Carolina on September 23, 2011, be VACATED.

It is further ORDERED that the Clerk of this Court deliver certified copies of this Order of Release of Protective Order to the United States Attorney's Office, Greeneville, Tennessee, and to the United States Marshals Service, Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, Attn: Asset Forfeiture, for recording in the Register's Office for Transylvania County, North Carolina.

ENTER:

*[signature: Leon Jordan]*

LEON JORDAN
UNITED STATES DISTRICT JUDGE

Submitted By:

WILLIAM C. KILLIAN
United States Attorney

By:  *s/ Anne-Marie Svolto*
ANNE-MARIE SVOLTO
Assistant United States Attorney